IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANTELL NEWMAN** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-5681** |
| | : | |
| **ATTORNEY GENERAL OFFICE**, *et al.* | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 13th day of January, 2022, upon consideration of Plaintiff Shantell Newman's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), Motion to Disclose All Evidence and Video (ECF No. 3), and Motion for Release of Inmate (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons set forth in the Court's Memorandum, the Complaint is **DISMISSED IN PART WITHOUT PREJUDICE AND DISMISSED IN PART WITH PREJUDICE** as follows:

   a. Newman's claims brought on behalf of other individuals are **DISMISSED WITHOUT PREJUDICE** on jurisdictional grounds, and

   b. Newman's claims brought on her own behalf are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)B)(i).

4. Newman's Motion to Disclose All Evidence and Video (ECF No. 3) is **DENIED AS MOOT**.

5. Newman's Motion for Release of Inmate (ECF No. 4) is **DENIED AS MOOT**.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**